IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERMAINE GRANT,

    Petitioner,                                     JUDGMENT IN A CIVIL CASE

v.                                                        Case No. 11-cv-191-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Jermaine Grant's motion for post conviction relief under 28 U.S.C. § 2255.

By: L. Jensen, Deputy Clerk
_____
Peter Oppeneer, Clerk of Court

5-19-11
_____
Date